FILED
AUG - 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DANIEL HERNANDEZ-JIMENEZ,<br>Defendant. | Criminal Case No. 08CR2561-H<br>I N F O R M A T I O N<br>Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony) |

The United States Attorney charges:

On or about July 2, 2008, within the Southern District of California, defendant DANIEL HERNANDEZ-JIMENEZ, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Section 1326(a).

DATED: July 31, 2008.

KAREN P. HEWITT
United States Attorney

MICHELLE M. PETTIT
Assistant U.S. Attorney

MIP:psd:San Diego
7/25/08