AO 455(Rev. 5/85) Waiver of Indictment

FILED
AUG - 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

DANIEL HERNANDEZ-JIMENEZ

**WAIVER OF INDICTMENT**

CASE NUMBER: 08cr 2561-H

I, DANIEL HERNANDEZ-JIMENEZ, the above named defendant, who is accused of the committing the following offense:

Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 1 Aug 08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Daniel Hernandez Jimenez
Defendant

Counsel for Defendant

Before
Judicial Officer